UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QARI HAMDULLAH, | : |
| Petitioner, | : |
| v. | : Civil Action No. 06-1691 (GK) |
| GEORGE W. BUSH, et al., | : |
| Respondents. | : |

**ORDER**

On September 29, 2006, Petitioner Qari Hamdullah filed a Petition for Writ of Habeas Corpus by Next Friend Mohammad Nasir. It is hereby

**ORDERED** that Respondents shall show cause **by November 6, 2006** why the Petition should not be granted.


October 16, 2006

/s/
Gladys Kessler
United States District Judge

**Copies to:** Attorneys of record via ECF