IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QARI HAMDULLAH, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 06-CV-1691 (GK) ) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) ) |

**RESPONDENTS' RESPONSE TO ORDER TO SHOW CAUSE**

Pursuant to the Court's October 16, 2006 Order (dkt. no. 2), requiring respondents to show cause why the petition in this matter – which was filed on behalf of an alien detained by the Department of Defense as an enemy combatant at the United States Naval Base in Guantanamo Bay, Cuba – should not be granted, respondents state as follows:

Respondents have identified petitioner herein as Guantanamo Bay Detainee Internment Serial Number (ISN) 1119. Detainee ISN 1119 has pending a previously filed petition on his behalf in *Hamid Al Razak v. Bush*, No. 05-CV-1601 (GK).[1] A detainee should not be permitted to maintain two separate *habeas* petitions raising the same issues; accordingly, the petition in this case should be dismissed in favor of the previously filed petition on the detainee's behalf.[2]

---

[1] Both the *Al Razak* and *Hamdullah* petitions were filed through individuals purporting to act as next friends for ISN 1119.

[2] Furthermore, the Court has already scheduled the filing of a factual return in the *Al Razak* case. *See* Sept. 19, 2006 Minute Order in No. 05-CV-1601 (GK).

Respondents' position herein is without prejudice to an argument that the Court lacks jurisdiction over this case, even if it is determined otherwise to be properly maintained, under the Detainee Treatment Act of 2005, Pub. L. No. 109-148, tit. X, 119 Stat. 2680 (10 U.S.C. § 801 note), and the Military Commissions Act of 2006, Pub. L. No. 109-___ , which amend the *habeas* statute, 28 U.S.C. § 2241, to withdraw *habeas* and other jurisdiction of the District Courts to consider detention-related claims of aliens such as petitioner held as enemy combatants and create an exclusive review mechanism in the United States Court of Appeals for the District of Columbia Circuit to address the validity of the detention of such individuals.[3]

Dated: November 6, 2006                    Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

                                           DOUGLAS N. LETTER
                                           Terrorism Litigation Counsel

---

[3] *See* Respondents' Response to Order to Show Cause and Motion to Dismiss Petition for Want of Jurisdiction Or, in the Alternative, to Transfer Petition to the United States Court of Appeals for the District of Columbia Circuit (filed Nov. 6, 2006, in *Taher v. Bush*, No. 06-CV-1684 (GK)).

/s/ *Terry M. Henry*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107

Attorneys for Respondents