UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

QARI HAMDULLAH,                   :
                                  :
    Petitioner,                   :
                                  :
v.                                :   Civil Action No. 06-1691 (GK)
                                  :
GEORGE W. BUSH, et al.,           :
                                  :
    Respondents.                  :
_____:

### ORDER

On September 29, 2006, Petitioner Qari Hamdullah filed a Petition for Writ of Habeas Corpus by Next Friend Mohammad Nasir. On October 16, 2006, the Court ordered Respondents to show cause why Petitioner's petition should not be granted.

On November 6, 2006, Respondents filed a Response to the Court's October 16th Order stating that Petitioner, detainee ISN 1119, has a previous pending petition in another case (05-CV-1601 (GK)) which raises the same issues as the instant case. Accordingly, it is hereby

**ORDERED** that Petitioners shall show cause **by November 27, 2006** why the Petition should not be dismissed.

Nov. 9, 2006

Gladys Kessler
United States District Judge

**Copies to:** Attorneys of record via ECF