IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| QARI HAMDULLAH, | : |
| Petitioner, | : |
| v. | : Civil Action No. 06-CV-1691 (GK) |
| GEORGE W. BUSH, *et al.*, | : |
| Respondents. | : |

**PETITIONER'S RESPONSE TO ORDER TO SHOW CAUSE**

Petitioner Qari Hamdullah ("Petitioner"), by and through his undersigned counsel, respectfully submits this response to the Court's November 9, 2006 order to show cause why this case should not be dismissed. Petitioner does not oppose dismissal without prejudice.

Petitioner is a citizen of Afghanistan, who is currently detained at the U.S. Naval Station at Guantánamo Bay, Cuba. On September 29, 2006, Petitioner filed a habeas corpus petition challenging the legality of his detention ("Petition"). The Petition was authorized by his brother Mohammad Nasir, who acts as his next friend.

On October 16, 2006, the Court ordered Respondents to show cause by November 6, 2006 why the Petition should not be granted. On November 6, 2006, Respondents filed a response to the show cause order (*see* dkt. no. 4), arguing that the Petition should be dismissed because Petitioner already has a habeas petition pending in the case *Razak v. Bush*, No. 05-CV-

1601 (GK). Respondents specifically contended that Petitioner is the same person as *Razak* petitioner Hamid Allah Mowlowi Saedara Saed Abd Al Razak, who is ISN 1119.[1]

Next, on November 9, 2006, the Court issued an order to show cause by November 27, 2006 why the Petition should not be dismissed on the ground that Petitioner already has a previously filed petition pending in the *Razak* case (*see* dkt. no. 6).

Petitioner does not oppose dismissal of this case on that basis, but respectfully submits that dismissal without prejudice is appropriate for the following reasons. Respondents have offered no evidence in support of their contention that Petitioner is the same person as the *Razak* petitioner Hamid Allah Mowlowi Saedara Saed Abd Al Razak, who has been assigned ISN 1119. Respondents' contention appears to be based solely on the loose phonetic similarity between Petitioner's name ("Hamdullah") and Razak's name ("Hamid Allah"). *See Razak v. Bush*, No. 05-CV-1601 (GK) (dkt. no. 35) (identification statement). However, we note that Respondents' use of this method for identification is fraught with difficulties given that there are a number of detainees from Afghanistan whose names are "Hamdullah" (or some variation of that name), including, without limitation, the detainees with ISNs 456, 642 and 953.[2] These facts alone cast considerable doubt on the sufficiency of Respondents' claim that Petitioner in this matter is the same person as the petitioner in the *Razak* case.

Nonetheless, because Respondents have raised the identification issue with respect to Petitioner, counsel have attempted to determine independently whether he is the same

---

[1] Respondents also stated that their position was "without prejudice to an argument that the Court lacks jurisdiction over this case" under the Detainee Treatment Act of 2005 and the Military Commissions Act of 2006 (*see* dkt. no. 4, at 2). The instant response is likewise without prejudice to Petitioner's contention that the DTA and MCA are unconstitutional and therefore void. *See, e.g.*, Petition ¶¶ 6-11.

[2] Respondents have not confirmed whether any of those similarly-named detainees may have been released from Guantánamo.

person as the individual assigned ISN 1119.[3] At this juncture, counsel have determined that it is likely that they are the same person, and therefore do not oppose dismissal of the Petition without prejudice at this time. However, because counsel have not yet had the opportunity to interview the person assigned ISN 1119 in order to determine whether he is the same person as Petitioner in the instant case, counsel respectfully request that the Court permit the reinstatement of this case as originally filed in the event that Respondents' identification is erroneous.

We therefore respectfully request that any order of dismissal be entered without prejudice.

Dated:   New York, New York
         November 27, 2006

                                        Respectfully submitted,

                                        Counsel for Petitioner:

                                        /s/ William Goodman
                                        William Goodman (Pursuant to LCvR 83.2(g))
                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, New York 10012
                                        Tel:  (212) 614-6464
                                        Fax:  (212) 614-6499

---

[3] It is particularly important for counsel to verify independently the identity of Petitioner given the number of identity issues – including, for example, with respect to the Uighur detainees ISN 281 and ISN 584, whom the government is seeking to release but purportedly cannot identify for counsel access purposes – that are currently being litigated. *See Mohammon v. Bush*, No. 05-CV-2386 (RBW) (dkt. nos. 164, 172, 176, 215) (parties' briefs).