IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————— x
                                :

QARI HAMDULLAH, *et al.*,         :
                                :

              Petitioners,     :
                                :

                 v.          :     Civil Action No. 06-CV-1691 (GK)
                                :

GEORGE W. BUSH, *et al.*,        :
                                :

              Respondents.    :
                                :
———————————————————— x


**NOTICE OF APPEARANCE**


Please enter the appearance of the attorney listed below on behalf of petitioners in the above-captioned matter.

        Shayana Kadidal
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York NY  10012
        Tel: (212) 614-6438
        Fax: (212) 614-6499

Thank you.

                    Respectfully submitted,


                    ————————/s/————————————
                    Shayana Kadidal [D.C. Bar No. 454248]