IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTÁNAMO BAY DETAINEE LITIGATION** | Misc. No. 08-442 (TFH) |
| QARI HAMDULLAH, *et al.*,<br><br>            Petitioners,<br><br>            v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>            Respondents. | No. 06-CV-1691 (GK) |

## STATUS REPORT

The above-captioned case was dismissed without prejudice on April 12, 2007, as a likely duplicate of petitioner Hamid Allah Mowlowi Saedara Saed Abd Al Razak, ISN 1119, who has a pending habeas corpus petition, 05-CV-1601. *See* Dkt. 7, Petitioner's Response to Order to Show Cause (filed November 27, 2006) (noting identification dispute but stating that petitioner does not oppose dismissal without prejudice). The Court need take no further action on this case at the present time.

Dated:   New York, New York
         July 18, 2008

                                        Respectfully submitted,

                                        _____/s/_____
                                        Shayana D. Kadidal (D.C. Bar No. 454248)

CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel:  (212) 614-6438
Fax:  (212) 614-6499

*Counsel for Petitioners*